US MAGISTRATE JUDGE CHERYL L. POLLAK

DATE: 5/31/18

TIME SPENT: 1

DOCKET NO. 18 cv 1320

CASE: Yin v Szchuan Story

✓ INITIAL CONFERENCE
___ DISCOVERY CONFERENCE
___ SETTLEMENT CONFERENCE
___ MOTION HEARING
___ OTHER/STATUS CONFERENCE
___ FINAL/PRETRIAL CONFERENCE
___ TELEPHONE CONFERENCE
___ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

___ COMPLETED    ___ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

___ DISCOVERY TO BE COMPLETED BY _____
___ NEXT CONFERENCE SCHEDULED FOR _____
___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____    DEF. TO SERVE PL. BY: _____

RULINGS: Pl to provide damages calculation by July 20
Dfs to provide paystubs, W-2s, payroll records, sign-in sheets and any docs reflecting hours worked and wages and tips paid