

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Yu Hua Yin, Mei Ying Chen, individually and on behalf of all other employees similarly situated,

                      Plaintiffs,

- against -

SZ Chuan Story Inc. d/b/a Szechuan Story or Szechuan Story Hot Pot, ABC Corp. d/b/a Wego KTV, Fei Zheng, "John" Li (first name unknown) a/k/a Bo Li;

                      Defendants.

Case No. 1:18-cv-01320

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Yu Hua Yin and Mei Ying Chen hereby give notice that the claims against SZ Chuan Story Inc. d/b/a Szechuan Story or Szechuan Story Hot Pot, Diyuan Invest USA Inc., d/b/a D One Plaza, or Diyuan Enterprise, and Fei Zheng in the above-referenced action are voluntarily dismissed, with prejudice.

Dated: Flushing, New York
October 26, 2018

HANG & ASSOCIATES, PLLC.

*/S/ RUI MA*
Rui Ma, Esq
136-20 38th Ave., Suite 10G
Flushing, New York 11354
Tel: 718.353.8588
Fax: 718.353.6288
rma@hanglaw.com
*Attorneys for Plaintiffs*

So Ordered
/s/ Cheryl Pollak
USMJ
10/31/18